UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 21 Crim. 99-4 (KPF) |
| JESUS ALBERTO MORELO CASTILLO, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The Court has been informed that Mr. Morelo Castillo wishes to substitute his counsel. Accordingly, the Government, counsel for Mr. Morelo Castillo, and Mr. Morelo Castillo are ORDERED to appear for a conference on May 19, 2022, at 11:00 a.m. to discuss this representation issue. The conference will proceed in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: May 12, 2022
New York, New York

KATHERINE POLK FAILLA
United States District Judge